IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MALLINCKRODT PLC, et al., | ) | Bankruptcy Case No.: 20-12522-JTD |
| | ) | Bankr. BAP No. 24-0054 |
| Reorganized Debtors. | ) | |
| _____ | ) | |
| OPIOID MASTER DISBURSEMENT TRUST II, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-114-CFC |
| | ) | |
| ARGOS CAPITAL APPRECIATION MASTER FUND LP, et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **3rd day of March 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the Court held a teleconference on March 3, 2025, to further confer with counsel for both sides;

WHEREAS based upon the arguments presented by counsel, the Court finds it unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE