IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| MALLINCKRODT PLC, et al., | ) Bankruptcy Case No.: 20-12522-JTD |
| | ) Bankr. BAP No. 24-0054 |
| Reorganized Debtors. | ) |
| | ) |
| OPIOID MASTER DISBURSEMENT TRUST II, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 25-114-CFC |
| ARGOS CAPITAL APPRECIATION MASTER FUND LP, et al., | ) |
| | ) |
| Appellees. | ) |

## ORDER

At Wilmington, this 4th day of March in 2025, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

It is HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before

   **April 3, 2025.**

2. Appellee's brief in opposition to the appeal is due on or before **May 5, 2025.**

3. Appellants' reply brief is due on or before **May 19, 2025.**

_____
Chief Judge